IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CR-23-D
No. 4:15-CV-152-D

JEROMEY KEITH MITCHELL,          )
                                 )
                Petitioner,      )
                                 )
        v.                       )          **ORDER**
                                 )
UNITED STATES OF AMERICA,        )
                                 )
                Respondent.      )


On July 11, 2016, Jeromey Keith Mitchell moved for reconsideration of this court's order

of June 13, 2016. See [D.E. 76]. The court has considered the motion under the governing standard.

See Fed. R. Civ. P. 59(e); Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell,

396 F.3d 548, 555 (4th Cir. 2005); Dennis v. Columbia Colleton Med. Ctr., Inc., 290 F.3d 639, 653

(4th Cir. 2002); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes

v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995). The motion for reconsideration [D.E. 76] lacks

merit and is DENIED.

        SO ORDERED. This _13_ day of July 2016.


                                    JAMES C. DEVER III
                                    Chief United States District Judge