IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CR-23-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JEROMEY KEITH MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

Not later than August 30, 2024, the United States shall respond to defendant's motion to reduce sentence [D.E. 104].

SO ORDERED. This 6 day of August, 2024.

JAMES C. DEVER III
United States District Judge